| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Edith H. | 5th Circuit Court of Appeals | 07/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

12505 U.S. Courthouse
515 Rusk
Houston, TX 77002-2600

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | The Blackstone Center for Law & Liberty, Faulkner University |
| 2. President | Garland Walker Inn of Court |
| 3. Board Member | Coolidge Foundation |
| 4. Trustee | Trust#1 |
| 5. Trustee | Trust #2 |
| 6. Trustee | Trust #3 |
| 7. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 07/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/11/17 | Co-Executor Fee, See Note B to Part VIII | $44,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Andrews & Kurth, LLP - salary |
| 2. 2017 | Prudential Ins. Co., Pension Annuity, Occidental Petrol |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia Law School Federalist Society | February 6, 2017 | New York, NY | Speech | Lodging, airfare & transportation, meals |
| 2. | Chicago Law School Federalist Society | February 7-8, 2017 | Chicago, IL | Speech | Lodging, airfare & transportation, meals |
| 3. | The Philadelphia Society | March 31-April 2, 2017 | Dallas, TX | Speech | Lodging, airfare & transportation, meals |
| 4. | Harvard Law School Federalist Society | April 17-18, 2017 | Boston, MA | Speech | Lodging, airfare & transportation, meals |
| 5. | Coolidge Foundation | April 28-30, 2017 | Woodstock, VT | Scholarship Review Juror | Lodging, airfare & transportation, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Jones, Edith H.** | 07/13/2018 |

| | | | | |
|---|---|---|---|---|
| 6. | Claremont Institute | September 22-24, 2017 | Orange County, CA | Constitution Day Award Recipient | Lodging, airfare & transportation, meals |
| 7. | The Federalist Society Runnymeade Society | September 26-28, 2017 | Halifax, Canada | Speech | Lodging, airfare & transportation, meals |
| 8. | The Federalist Society | November 15-18, 2017 | Washington, DC | Moderator | Lodging, airfare & transportation, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jones, Edith H. | 07/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank of America - Accounts | A | Interest | M | T | | | | | |
| 3. J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 4. STOCKS, BONDS & NOTES | | | | | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Invesco Comstock A (ACSTX) (fmr. Invest. Co. of America) | A | Dividend | K | T | | | | | |
| 7. Dow Chemical - common | A | Dividend | K | T | Donated (part) | | | | |
| 8. Exxon Mobil Corp | B | Dividend | | | Sold | 08/25/17 | L | E | |
| 9. Nestle - common | A | Dividend | L | T | | | | | |
| 10. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 11. Intel Corporation | A | Dividend | K | T | | | | | |
| 12. Procter & Gamble | B | Dividend | L | T | | | | | |
| 13. Morgan Stanley Bank | B | Interest | M | T | | | | | |
| 14. Tortoise Energy Corp. | A | Dividend | J | T | | | | | |
| 15. Pepsico | B | Dividend | K | T | | | | | |
| 16. NCR | | None | J | T | | | | | |
| 17. MS Global Infrastructure A, (MTIPX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Inv. Co. (AIVSX) | B | Dividend | L | T | | | | | |
| 19. Franklin Insd. Tax Free Fund-FKTIX | B | Interest | K | T | Sold (part) | 11/17/17 | J | A | |
| 20. Franklin Mut. Shares Fund TESIX | A | Dividend | J | T | | | | | |
| 21. GPR Energy, LLC | | None | | | Closed | 12/31/17 | J | A | |
| 22. Syngenta AG ADR | C | Dividend | L | T | Sold (part) | 08/25/17 | L | E | |
| 23. Magellan Midstream Partners | D | Dividend | L | T | Sold (part) | 08/25/17 | L | D | |
| 24. Verizon Comm | A | Dividend | J | T | | | | | |
| 25. Fidelity Fund (FFFCX) | D | Int./Div. | N | T | | | | | |
| 26. Ford Motor Credit Co. | C | Interest | | | Redeemed | 02/03/17 | M | A | |
| 27. Smucker J M Co | A | Dividend | J | T | | | | | |
| 28. Lord Abbett Sht. Fund (LDLAX) | C | Dividend | M | T | | | | | |
| 29. Pioneer Mlti Ast Ult. (MCFRX) | C | Dividend | M | T | | | | | |
| 30. Templeton Global Bond FdC (TEGBX) | B | Dividend | M | T | | | | | |
| 31. Goldman Sachs MLP Inc. (GMZ) | B | Dividend | J | T | | | | | |
| 32. Tekla Healthcare Opp Fund (THO) | A | Dividend | K | T | | | | | |
| 33. American Elec Power, Inc | A | Dividend | | | Donated | | | | |
| 34. Bank of America | A | Dividend | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Coca-Cola | A | Dividend | | | Donated | | | | |
| 36.  DuPont | A | Dividend | J | T | | | | | |
| 37.  Eastman Chemical | A | Dividend | | | Donated | | | | |
| 38.  Emerson Elec. Co. | A | Dividend | | | Donated | | | | |
| 39.  General Electric Co. | A | Dividend | | | Donated | | | | |
| 40.  Hershey Co. | A | Dividend | | | Donated | | | | |
| 41.  Nat. Fuel Gas Co. | A | Dividend | | | Sold | 10/02/17 | J | A | |
| 42.  Pfizer, Inc. | A | Dividend | J | T | Sold (part) | 10/02/17 | J | A | |
| 43.  Scana Corp. | A | Dividend | | | Donated | | | | |
| 44.  AmCap Fund (AMCPX) | B | Dividend | L | T | | | | | |
| 45.  Fidelity Puritan Trust (FPURX) | A | Dividend | J | T | | | | | |
| 46.  Fidelity Sec's Fd. (FBGRX) | A | Dividend | J | T | | | | | |
| 47.  Columbia Funds (AUGAX) | A | Dividend | J | T | | | | | |
| 48.  Putnam USG (PGSIX) | A | Dividend | J | T | | | | | |
| 49.  Wash. Mut. Inv's Fund (AWSHX) | A | Dividend | K | T | Sold (part) | 12/21/17 | J | A | |
| 50.  First Tr. En. Income | A | Dividend | J | T | | | | | |
| 51.  USAA Cornerstone (USCRX) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard stock Market Index Fund (VTSAX) | B | Dividend | L | T | | | | | |
| 53. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 54. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 55. John Hancock Venture Variable Annuity- See Note X, Part VIII | A | Interest | K | T | | | | | |
| 56. Chemours Co. | A | Dividend | | | Donated | | | | |
| 57. -Hollan Maine LLC, property in York County, Maine | A | Rent | N | W | | | | | |
| 58. Alphabet Inc. | B | Dividend | K | T | Buy | 08/25/17 | K | | |
| 59. Blackstone Group | B | Dividend | K | T | Buy | 08/25/17 | K | | |
| 60. Enterprise Prod. Ptnrs LP | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 61. Lyondell Basel | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 62. Rio Tinto PLC | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 63. Rockwell Automation | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 64. Visa, Inc. | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 65. Walgreen Boots | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 66. Pinnacle Nat. Bk [CD] | B | Interest | L | T | Buy | 08/25/17 | K | | |
| 67. Amgen, Inc. [Bond] | B | Interest | L | T | Buy | 08/25/17 | K | | |
| 68. AT&T [Bond] | B | Interest | L | T | Buy | 08/25/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #1 | | | | | | | | | |
| 70. -Invesco Comstock A (ACSTX) | A | Dividend | K | T | | | | | |
| 71. -Syngenta AG | A | Dividend | K | T | | | | | |
| 72. -Magellan Midstream Partners | A | Dividend | K | T | | | | | |
| 73. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 74. Trust #2, See Note A in Part VIII | | | | | | | | | |
| 75. -Bank of America (x) | A | Dividend | J | T | | | | | |
| 76. -Coca Cola (x) | A | Dividend | J | T | | | | | |
| 77. -Eastman Chem (x) | A | Dividend | J | T | | | | | |
| 78. -General Electric (x) | A | Dividend | J | T | | | | | |
| 79. -Morgan Stanley Bank (x) | A | Interest | J | T | | | | | |
| 80. Trust #3, See Note A in Part VIII | | | | | | | | | |
| 81. -American Elec Power (x) | A | Dividend | J | T | | | | | |
| 82. -Chemours Co. (x) | A | Dividend | J | T | | | | | |
| 83. -Dow Dupont (x) | A | Dividend | J | T | | | | | |
| 84. -Emerson Elec Co. (x) | A | Dividend | J | T | | | | | |
| 85. -Hershey Co. (x) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Scana Corp. New (x) | A | Dividend | J | T | | | | | |
| 87.   -Morgan Stanley Bank (x) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 07/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts

X. The inherited annuity is variable, not publicly traded on an exchange, no investment options.

A. The Trusts were created in 2017 and assets associated with them were transferred in kind from other assets reported herein.

B. As noted in 2016 FDR, my co-executor duties ended in 2016 and all that remained in 2017 was to pay final fees.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edith H. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544